SCWC-14-0000972

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

ACE QUALITY FARM PRODUCTS,
LLC, a Hawai'i Limited Liability Company;
WESTERN SALES TRADING COMPANY, INC., a Guam corporation,
Respondents/Plaintiffs-Appellees,

vs.

ERIC HAHN dba AQUARIUS ENDEAVORS,
Petitioner/Defendant-Appellant,

and

7D FOOD INTERNATIONAL, INC., a Philippine corporation,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000972; CIV. NO. 09-1-0351)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Circuit Judge Nakasone, in place of McKenna, J., recused)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on February 3, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, March 15, 2016.

Francis T. O'Brien
for petitioner

Cynthia A. Farias and
Mark S. Hamilton for
respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Karen T. Nakasone

